UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON L. JONES,<br>　　　　　Petitioner,<br>　　v.<br>DAVE DAVEY, Warden,<br>　　　　　Respondent. | Case No. 16-cv-05239-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

In a notice dated September 13, 2016, the Clerk of the Court directed Petitioner to complete an in forma pauperis (IFP) application, and told him that he must complete the application within twenty-eight days or his action would be dismissed. The Clerk sent Petitioner a blank prisoner's IFP application.

More than twenty-eight days have passed, and Petitioner has not filed the necessary documents.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 11/4/2016

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge