UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON L. JONES,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY, Warden,<br><br>    Respondent. | Case No. 16-cv-05239-HSG (PR)<br><br>**JUDGMENT** |

Judgment is entered against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/4/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge