UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMON L. JONES,

          Petitioner,

   v.

DAVE DAVEY, Warden,

          Respondent.

Case No. 16-cv-05239-HSG (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 10

Good cause appearing, petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED.  Petitioner shall file his opposition no later than **April 24, 2017**.  Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated:  3/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge