UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON L. JONES,<br><br>        Petitioner,<br><br>  v.<br><br>MICHAEL SEXTON, Warden,<br><br>        Respondent. | Case No. 16-cv-05239-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Motion to Dismiss, Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 8/8/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge